JAMES E. DOROSHOW (SBN 112920)
    jdoroshow@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
    jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:    310-598-4150
Facsimile:    310-556-9828

R. TRACY CRUMP (Indiana Bar Number 16685-71)
(*Pro Hac Vice* application forthcoming)
    rtc@rtclaw.com
202 Crescent Avenue
Kendallville, IN 46755

Attorneys for Plaintiffs,
MIL-SPEC MONKEY, INC. and CLAYTON MONTGOMERY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation; and CLAYTON MONTGOMERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CELIDON PATCH, INC., a Massachusetts corporation; ALBERT J. KANE, an individual,<br><br>Defendants. | Case No.: _____<br><br>**COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT, AND (2) VIOLATION OF B&P CODE §§ 172000, et seq.**<br><br>**DEMAND FOR JURY TRIAL** |

1
COMPLAINT

Plaintiffs, Milspec Monkey, Inc. ("MSM") and Clayton Montgomery (collectively, "Plaintiffs") by and through their undersigned counsel, complain against Celidon Patch, Inc. and Mr. Albert J. Kane (collectively, "Defendants") as follows:

## PARTIES

1. Mil-Spec Monkey, Inc. is a California corporation with a place of business at 1729 Little Orchard Street, Unit D, San Jose, California 95125.

2. Clayton Montgomery is a United States citizen residing in Oregon.

3. Upon information and belief, Celidon Patch, Inc. is a Massachusetts corporation with a place of business at 69 Pond Street Halifax, Massachusetts 02338.

4. Upon information and belief, Albert J. Kane is a resident of Halifax, Massachusetts 02338.

## JURISDICTION AND VENUE

5. This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. §101 *et seq*., hereinafter referred to as the "Act."  Jurisdiction is founded on Sections 1331, 1338(a) and 1338(b) of the Judicial Code (28 U.S.C. §§1331, 1338(a) and 1338(b)).

6. Venue is conferred by §1391(b)(2) and (c) and 1400(a) of the Judicial Code (28 U.S.C. §1391(b)(2) and (c) and 1400(a)).

## INTRADISTRICT ASSIGNMENT

7. Pursuant to Civil Local Rule 3-2(c), this is an Intellectual Property Action. Accordingly, this action may be assigned on a district-wide basis.

## GENERAL ALLEGATIONS

8. Plaintiff, MSM, is engaged in the business, *inter alia*, of creating, designing, manufacturing, and selling morale patches, stickers, stencils, clothing and other products.

9. Plaintiff, Montgomery, is a graphic artist that creates original two dimensional graphic designs, which are embodied and incorporated into morale patches, stickers, stencils, clothing and other products produced and sold by Plaintiff, MSM.  Plaintiff, Montgomery, is also an officer and shareholder in Plaintiff, MSM.

10. Plaintiff, Montgomery, is the original artist and owner of, or has acquired by

assignment from the original artist, all rights, title and interest to the copyrights for the following graphic designs (collectively, the "Montgomery Designs") and U.S. Copyright Registrations for the same (collectively, the "Montgomery Registrations"):

    a. U.S. Copyright Registration No. VA 2-030-747, entitled "MSM Logo" (a true and correct copy of which is attached hereto as **Exhibit A**);

    b. U.S. Copyright Registration No. VA 2-030-749, entitled "Pork Eating Crusader" (a true and correct copy of which is attached hereto as **Exhibit B**);

    c. U.S. Copyright Registration No. VA 2-030-743, entitled "K9" (a true and correct copy of which is attached hereto as **Exhibit C**);

    d. U.S. Copyright Registration No. VA 1-994-788, entitled "Pirate Skull Flag" (a true and correct copy of which is attached hereto as **Exhibit D**);

    e. U.S. Copyright Registration No. VA 1-994-790, entitled "Saint Michael Modern" (a true and correct copy of which is attached hereto as **Exhibit E**): and

    f. U.S. Copyright Registration No. VA 1-994-789, entitled "Don't Tread" (a true and correct copy of which is attached hereto as **Exhibit F**).

11. Plaintiff, MSM, has the exclusive right under agreement and license from Plaintiff, Montgomery, to use the Montgomery Designs under the Montgomery Registrations and to create and sell morale patches, stickers, stencils, clothing and other products embodying or incorporating the Montgomery Designs and the Montgomery Registrations.

12. Plaintiff, MSM, has and continues to produce and sell morale patches in four different color combinations that embody or incorporate the Montgomery Designs and the Montgomery Registrations (collectively the MSM Patches") along with stickers, stencils, clothing and other products that embody or incorporate the Montgomery Designs and the Montgomery Registrations.

13. Plaintiff, MSM, sells its products, including the MSM Patches, via the internet through its own website, www.milspecmonkey.com (The "MSM Website"), and through numerous national and international distributors and retailers.

14. Plaintiffs have expended substantial resources in designing, promoting,

manufacturing and selling the MSM Patches and built a valuable business based on demand for the distinctive style and quality of the MSM Patches.  Plaintiffs have become identified in the minds of the public as the provider of the MSM Patches.

15. The products produced and sold by Plaintiff, MSM, and particularly the MSM Patches are well known and extremely popular with the military and law enforcement communities, and have appeared in numerous print and on-line magazines, web sites, forums, and social media and other news outlets.

16. As March 2017, MSM has sold over 48,700 of the MSM patches with sales revenue of over $150,000.00.

17. Defendants by and through its employees, officers and agents, copied the Montgomery Designs and caused to be manufactured and offered for sale to the public a number of morale patches that are not only strikingly similar, but exact replications of the MSM Patches, the Montgomery Designs and the Montgomery Registrations, in both design and color combination (collectively the "Infringing Patches").  A portion of the Infringing Patches offered by Defendants are attached hereto as **Exhibit G**.

18. The Infringing Patches were also offered in the same color combinations as the MSM Patches, but were generally of a lesser quality than the MSM Patches.

19. Defendants have and continue to sell the infringing patches on-line through ebay.com and other internet web sites.  ebay.com's headquarters are located in California.

20. On multiple occasions, Plaintiffs attempted to initiate action under ebay's Verified Rights Owner ("VeRO") program against Defendants to remove the Infringing Patches from listing on www.ebay.com and Defendant filed counter notices refuting Plaintiffs' rights in the MSM Patches and Montgomery Designs.  A copy of the Plaintiff's Notices and Defendant's Counter Notices, along with the ebay responses are attached as **Exhibit H**.

21. On or about January 9, 2017. Plaintiffs through their attorney sent correspondence to Defendants demanding that Defendants immediately cease and desist any and all infringement of Plaintiffs' copyrights in the Montgomery Designs and Montgomery Registrations.  A true and correct copy of Plaintiffs' correspondence is attached hereto as **Exhibit I**.

22. To date, Defendants continue to produce and sell the Infringing Patched and infringe on Plaintiffs' copyrights in the Montgomery Designs and the Montgomery Registrations and as a result Plaintiffs have suffered damage in California.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement – Against All Defendants)

23. Plaintiffs repeat, reallege, and incorporate herein by reference as though fully set forth, the allegations contained in paragraphs 1 through 22.

24. Defendants unlawfully and willfully copied all or part of the Montgomery Designs, in violation of Plaintiffs' copyright in the MSM Patches, the Montgomery Designs and the Montgomery Registrations.

25. Plaintiffs have lost substantial revenue from Defendants' unlawful and willful copying of Plaintiffs' copyrighted material.

26. The Infringing Patches have diluted the market and serve to destroy the distinctiveness of Plaintiffs' copyrighted works.

27. Defendant's copying of MSM Patches and the use of the Montgomery Designs on the Infringing Patches destroys the public's identification of the MSM Patches to Plaintiffs as Plaintiffs' exclusive property, thereby confusing the public and causing Plaintiffs to suffer irreparable damages and lost profits.

28. Plaintiffs' sale of their own works and derivative works is prejudiced by Defendant' copyright infringements.

## SECOND CLAIM FOR RELIEF

### (California Business And Professions Code §§ 17200 *et seq*. – Against All Defendants)

29. Plaintiffs repeat, reallege, and incorporate herein by reference as though fully set forth, the allegations contained in paragraphs 1 through 28.

30. This action for unfair competition is a substantial and related claim to Defendant's infringement of Plaintiffs' copyrights and pursuant to §1338(b) of Title 28 of the United States Code, the court has and should assume pendent jurisdiction of this claim.

31. Defendants, in unlawfully and willfully copying the Montgomery Designs and

incorporating the Montgomery Designs into the Infringing Patches, created a likelihood of confusion among the public as to the original source of Infringing Patches and have contributed to the dilution of the distinctive quality of Plaintiffs' Patches in the marketplace.

32. Defendants, by their unauthorized appropriation and use of the Montgomery Designs, have and are engaging in acts of unfair competition, unlawful appropriation, unjust enrichment, wrongful deception of the purchasing public, and unlawful trading on Plaintiffs' good will and the public's acceptance of the MSM Patches and the Montgomery Designs, all to Plaintiffs' irreparable damage.

33. The foregoing acts and conduct of Defendants constitute unfair trade practices and unfair competition under California Business and Professions Code Sections 17200 *et seq*.

34. Defendants' acts have caused damage to Plaintiffs, including incidental and general damages, lost profits, and out-of-pocket expenses.

**WHEREFORE**, Plaintiffs request the following:

1. A preliminary and permanent injunction against Defendants and anyone working in concert with Defendants from copying, displaying, distributing, selling or offering to sell the Montgomery Designs and/or the Infringing Patches.

2. As permitted under 17 U.S.C. § 503, impoundment of all copies of the Montgomery Designs, the Infringing Patches, as well as all related records and documents and, at final judgment, destruction or other reasonable disposition of the unlawfully used Montgomery Designs, Infringing Patches, including digital files, and any other means by which they could be used again by Defendants.

3. An award of Plaintiffs' actual damages and all profits derived from the unauthorized use of the Montgomery Designs and sale of the Infringing Patches, or, where applicable and at Plaintiffs' election, statutory damages, in an amount of not less than $150,000.

4. An award of Plaintiffs' reasonable attorneys' fees.

5. An award of Plaintiffs' court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

6
COMPLAINT

Dated:  April 19, 2017              FOX ROTHSCHILD LLP

                         By   */s/ James E. Doroshow*
                              JAMES E. DOROSHOW
                              JACK PRAETZELLIS
                              Attorneys for Plaintiffs,
                               MIL-SPEC MONKEY, INC.
                               AND CLAYTON MONTGOMERY

## JURY DEMAND

Plaintiffs request a trial by jury on all issues so triable.

Dated:  April 19, 2017                    FOX ROTHSCHILD LLP

                                  By   */s/ James E. Doroshow*
                                       JAMES E. DOROSHOW
                                       JACK PRAETZELLIS
                                       Attorneys for Plaintiffs, MIL-SPEC MONKEY, INC.
                                       AND CLAYTON MONTGOMERY